■ ROGER J. BLACKBURN, Appellant, v EASTMAN KODAK COMPANY, Respondent. [698 NYS2d 201] —Order and judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendant's motion for a directed verdict. It is well established that, to be entitled to judgment as a matter of law, "the defendant-movant must demonstrate that the plaintiff failed to make out a *prima facie* case; the plaintiff's evidence must be accepted as true, and the plaintiff must be given the benefit of every favorable inference which can be reasonably drawn from the evidence" (*Campbell v Rogers & Wells*, 218 AD2d 576, 580; *see, Napolitano v Dhingra*, 249 AD2d 523, 524). Only when there is no rational process by which the jury could find for the plaintiff against the defendant should the motion be granted (*see, Campbell v Rogers & Wells, supra*, at 580; *Harding v Noble Taxi Corp.*, 182 AD2d 365). Plaintiff failed to present a prima facie case that defendant

had actual or constructive notice of a dangerous condition on its property (*see, George v Ponderosa Steak House*, 221 AD2d 710, 711; *see also, Gernard v Agosti*, 228 AD2d 994, 995), and the common-law negligence cause of action and Labor Law § 200 claim were properly dismissed. For the same reason, the Labor Law § 241 (6) claim was properly dismissed (*see, Rothschild v Faber Homes*, 247 AD2d 889, 891; *McCague v Walsh Constr.*, 225 AD2d 530, 531). (Appeal from Order and Judgment of Supreme Court, Monroe County, Siracuse, J.—Negligence.) Present—Denman, P. J., Green, Scudder, Callahan and Balio, JJ.